UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEANE HEEKYUNG NOH,<br><br>    Plaintiff,<br> v.<br><br>UNITED STATES OF AMERICA ET AL,<br><br>    Defendants. | CASE NO. 2:24-cv-02086-TL<br><br>ORDER DISMISSING ACTION |

  Plaintiff Jeane Noh moves to dismiss this action without prejudice. Dkt. No. 13. Because Defendants have not yet filed an answer or motion for summary judgment, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), which permits voluntary dismissal of an action by plaintiffs prior to the opposing party's service of either an answer or motion for summary judgment, dismissal is appropriate. Accordingly, this action is DISMISSED without prejudice.

  Dated this 10th day of March 2025.

                    Tana Lin
                    United States District Judge

ORDER DISMISSING ACTION - 1